# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America<br>v.<br>**David Lane Byrns**<br><br>*Defendant* | Case No. 5:19-cr-06011-SJ-DGK |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 09/26/2019

*Defendant's signature*

*Signature of defendant's attorney*

J. Justin Johnson  JOHNSTON
*Printed name of defendant's attorney*

*Judge's signature*

**Chief Magistrate Judge Matt J. Whitworth**
*Judge's printed name and title*