In the United States District Court

for the **WESTERN** **DISTRICT OF** **MISSOURI**

UNITED STATES OF AMERICA
V.

DAVID LANE BYRNS

CRIMINAL NUMBER: 5:19-cr-06011-SJ-DGK

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, **David Lane Byrns**, defendant, have been informed that an **information** is pending against me in the above designated cause. I wish to plead **guilty** to the offense charged, to consent to the disposition of the case in the **Middle** District of **Florida** in which I, **David Lane Byrns**, am held and to waive trial in the above captioned District.

Dated: 9/26 20 19 at 10:50 am

/s/ David Lane Byrns
*(Defendant)*

(Witness) Robin L. Broderick

/s/ J. Justin Johnson
*(Counsel for Defendants)*

/s/ Lucinda S. Woolery
*(Assistant United States Attorney)*

Approved

/s/ Timothy A. Garrison w/perm LSW
United States Attorney for the
Western District of Missouri

/s/ Maria Chapa Lopez w/perm LSW
United States Attorney for the
Middle District of Florida